# Court of Appeals, State of Michigan

## ORDER

Paulette Elher v Dwijen Misra Jr MD

Docket No.    316478

LC No.    2011-116694-NH

Jane M. Beckering
Presiding Judge

Joel P. Hoekstra

Elizabeth L. Gleicher
Judges

---

The Court orders that the November 25, 2014 opinion is hereby VACATED, and a new opinion is attached.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

DEC 0 2 2014
Date

Chief Clerk